# EXHIBIT A
**Summons**



# Service of Process Transmittal
10/14/2016
CT Log Number 530010137

| | |
|---|---|
| **TO:** | Kim Lundy Service of Process, Legal Support Supervisor<br>Wal-Mart Stores, Inc.<br>702 SW 8th St, MS#0215<br>Bentonville, AR 72716-6209 |
| **RE:** | **Process Served in Nevada** |
| **FOR:** | Wal-Mart Realty Company  (Domestic State: AR) |

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Potter Gaylon, etc., Pltf. vs. Wal-Mart Stores, Inc., etc., et al., Dfts. // To: Wal-Mart Realty Company |
| **DOCUMENT(S) SERVED:** | Summons, Amended Complaint |
| **COURT/AGENCY:** | Clark County District Court, NV<br>Case # A16744286C |
| **NATURE OF ACTION:** | Personal Injury - Slip/Trip and Fall - 10/09/2016 - Store #3350, located at 5198 Boulder Highway, Las Vegas, NV |
| **ON WHOM PROCESS WAS SERVED:** | The Corporation Trust Company of Nevada, Carson City, NV |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 10/14/2016 at 10:06 |
| **JURISDICTION SERVED :** | Nevada |
| **APPEARANCE OR ANSWER DUE:** | Within 20 days after service, exclusive of the day of service |
| **ATTORNEY(S) / SENDER(S):** | Adam Anderson<br>Clear Counsel Law Group<br>50 S. Stephanie St., Ste. 101<br>Henderson, NV 89012<br>702-476-5900 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 10/14/2016, Expected Purge Date: 10/19/2016<br><br>Image SOP<br><br>Email Notification,  Kim Lundy Service of Process  ctlawsuits@walmartlegal.com |
| **SIGNED:**<br>**ADDRESS:**<br><br><br>**TELEPHONE:** | The Corporation Trust Company of Nevada<br>701 S Carson St.<br>Suite 200<br>Carson City, NV 89701-5239<br>314-863-5545 |

Page 1 of  1 / DS

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.

SUMM
JARED R. RICHARDS, ESQ
Nevada Bar No. 11254
ADAM C. ANDERSON, ESQ.
Nevada Bar No. 13062
CLEAR COUNSEL LAW GROUP
50 S. Stephanie St., Ste. 101
Henderson, NV 89012
Telephone: (702) 476-5900
Facsimile: (702) 924-0709
jared@clearcounsel.com
adam@clearcounsel.com
*Attorneys for Plaintiff Gaylon Potter*

## DISTRICT COURT
## CLARK COUNTY, NEVADA

| | |
|---|---|
| GAYLON POTTER, an individual, | CASE NO. A-16-744289-C |
| Plaintiff, | DEPT. NO. XXIV |
| vs. | |
| WAL-MART STORES, INC., a foreign corporation; WAL-MART REALTY COMPANY, a foreign corporation; DOES I through XV, and ROE CORPORATIONS I through X, inclusive, | SUMMONS |
| Defendants. | |

**NOTICE! YOU HAVE BEEN SUED. THE COURT MAY DECIDE AGAINST YOU WITHOUT YOUR BEING HEARD UNLESS YOU RESPOND WITHIN 20 DAYS. READ THE INFORMATION BELOW**

To THE DEFENDANT(S): A civil Complaint has been filed by the Plaintiff(s) against you for the relief set forth in the Complaint.

**WAL-MART REALTY COMPANY**
**c/o The Corporation Trust Company of Nevada**
**701 S. Carson Street, Suite 200**
**Carson City, Nevada 89701**

   1. If you intend to defend this lawsuit, within 20 days after this Summons is served on you, exclusive of the day of service, you must do the following:

   a. File with the Clerk of this Court, whose address is shown below, a formal written response to the Complaint in accordance with the rules of the Court, with the appropriate filing fee.

   b. Serve a copy of your response upon the attorney whose name and address is shown below.

2. Unless you respond, your default will be entered upon application of the Plaintiff(s) and this Court may enter a judgment against you for the relief demanded in the Complaint, which could result in the taking of money or property or other relief requested in the Complaint.

3. If you intend to seek the advice of an attorney in this matter, you should do so promptly so that your response may be filed on time.

4. The State of Nevada, its political subdivisions, agencies, officers, employees, board members, commission members and legislators, each have 45 days after service of this summons within which to file an answer or other responsive pleading to the complaint.

Issued at the direction of:

Clear Counsel Law Group

By: _____
Jared R. Richards, Esq., NV Bar No. 11254
Adam C. Anderson, Esq., NV Bar No. 13062
50 S. Stephanie St., Suite 101
Henderson, NV 89012
*Attorneys for Plaintiff Gaylon Potter*

CLERK OF COURT

OCT 1 2 2016

Deputy Clerk      Date
County Court House
200 Lewis Avenue
Las Vegas, Nevada 89155