# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| GAYLON POTTER,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>WAL-MART STORES, INC. AND WAL-MART REALTY COMPANY,<br><br>　　　　Defendants. | Case No. 2:16-cv-02940-APG-CWH<br><br>**ORDER DIRECTING PARTIES TO FILE A STIPULATION TO DISMISS** |

In light of the notice of acceptance of offer of judgment (ECF No. 15),

IT IS ORDERED that the parties shall file a stipulation to dismiss this case on or before May 31, 2017.

DATED this 11th day of April, 2017.

　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE