BRENDA H. ENTZMINGER
Nevada Bar No. 9800
TIMOTHY D. KUHLS
Nevada Bar No. 13362
**PHILLIPS, SPALLAS & ANGSTADT LLC**
504 South Ninth Street
Las Vegas, Nevada 89101
(702) 938-1510
(702) 938-1511 (Fax)
bentzminger@psalaw.net
tkuhls@psalaw.net

*Attorneys for Defendants*
*Wal-Mart Stores, Inc. and*
*Wal-Mart Realty Company*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| GAYLON POTTER, an individual,<br><br>Plaintiff,<br><br>v.<br><br>WAL-MART STORES INC., a foreign corporation; WAL-MART REALTY COMPANY, a foreign corporation; DOES I through XV, and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | Case No.: 2:16-cv-02940-APG-CWH<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, by the parties hereto, through their respective counsel of record, that the above-captioned matter be dismissed with prejudice, each party to bear that

//
//
//
//
//

- 1 -

party's own costs and attorney's fees.

| | |
|---|---|
| DATED this 18th day of April, 2017.<br>CLEAR COUNSEL LAW GROUP<br><br>_____<br>Adam C. Anderson, Esq.<br>50 S. Stephanie St., Ste. 101<br>Henderson, NV 89012<br>*Attorneys for Plaintiff*<br>*Gaylon Potter* | DATED this 9th day of May, 2017.<br>PHILLIPS, SPALLAS & ANGSTADT<br><br>_____<br>Timothy D. Kuhls, Esq.<br>504 South Ninth Street<br>Las Vegas, Nevada 89101<br>*Attorneys for Defendant*<br>*Wal-Mart Stores, Inc, et al.* |

## ORDER

PURSUANT TO THE STIPULATION OF THE PARTIES, through their respective counsel, it is hereby:

ORDERED, ADJUDGED, AND DECREED, that the above-captioned matter be dismissed, with prejudice, each party to bear that party's own costs and attorney's fees.

Dated: May 10, 2017.

_____
**UNITED STATES DISTRICT JUDGE**